■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON L. CARTER, Appellant. [974 NYS2d 833]—

Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered May 21, 2009. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of burglary in the second degree (Penal Law § 140.25 [2]). County Court properly denied defendant's request to charge criminal trespass in the second degree (§ 140.15 [1]) as a lesser included offense of burglary in the second degree because "[t]here is no reasonable view of the evidence that defendant entered the building without the intent to commit a crime therein" (*People v Smith*, 12 AD3d 1106, 1107 [2004], *lv denied* 4 NY3d 767 [2005]; *see People v Rickett*, 94 NY2d 929, 930 [2000]). Furthermore, viewing the evidence in light of the elements of the crime as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we reject defendant's contention that the verdict is against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). To the contrary, "[t]he overwhelming weight of the evidence supports the [verdict convicting defendant] of burglary in the second degree" (*People v Moore*, 190 AD2d 1023, 1023 [1993], *lv denied* 81 NY2d 1077 [1993]). We have considered defendant's contentions in his pro se supplemental brief and conclude that they are without merit. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.